IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH A. SIMPSON | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| CAROLYN W. COLVIN | : | NO. 13-0354 |
| Acting Commissioner of Social Security | : | |

**O R D E R**

**AND NOW**, this 19th day of August, 2014, upon careful consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review and Defendant's Response to Request for Review of Plaintiff, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby **ORDERED** that:

1. Plaintiff's Objections to the Report and Recommendation are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. Judgment is entered affirming the decision of the Commissioner of the Social Security Administration and the relief sought by Plaintiff is **DENIED**; and

4. The Clerk of Court is hereby directed to mark this case **CLOSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY,     SR. J.